UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

  -against-

PATRICK SPENCER,

  Defendant.

Case No.: 07 MAG 854

APPEARANCE

---

To the Clerk of this Court and all Parties of Record:

Enter my appearance as counsel in this case for PATRICK SPENCER.

I certify that I am admitted to practice in this court.

Dated: August 28, 2007

THOMAS F. LIOTTI, ESQ. (4471)
LAW OFFICES OF THOMAS F. LIOTTI
600 Old Country Road, Ste. 530
Garden City, New York 11530
(516)794-4700
(516)794-2816 fax